JTW: 09.28.20
LAD/ USAO # 2020R00294

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA

CLERK'S OFFICE
AT BALTIMORE

v.

BY _____ DEPUTY

**CRIMINAL NO.** GLR-20-0351

**DAQUAN HOLBROOK,**

**Defendant**

\*
\*
\*
\*
\*
\*
\*

(Possession of a Firearm and
Ammunition by a Prohibited Person, 18
U.S.C. § 922(g)(1); Forfeiture, 18
U.S.C. § 924(d), 28 U.S.C. § 2461(c))

\*\*\*\*\*\*\*

**INDICTMENT**

**COUNT ONE**

The Grand Jury for the District of Maryland charges that:

On or about March 5, 2020, in the District of Maryland, the defendant,

**DAQUAN HOLBROOK,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm and ammunition, that is, a Taurus Model

G2C 9 mm semi-automatic pistol, with serial number AAN191220; and 10 rounds of Federal 9

mm ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1.    Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction.

### Firearms and Ammunition Forfeiture

2.    Pursuant to 18 U.S.C. § 924(d), upon conviction of the offense alleged in Count One, the Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in that offense.

### Property Subject to Forfeiture

3.    The property to be forfeited includes, but is not limited to, the following:

a.   One Taurus Model G2C 9 mm semi-automatic pistol, with serial number AAN191220; and

b.   Approximately 10 rounds of Federal 9 mm ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
Fed. R. Crim. P. 32.2

_Robert K. Hur/lad_
_____
Robert K. Hur
United States Attorney

A TRUE BILL:
SIGNATURE REDACTED

Foreberson

_10-14-2020_
_____
Date

2